Nina Kani (Bar No. 221652)
nkani@kanilaw.com
**KANI LAW GROUP**
895 Dove Street, Suite 300
Newport Beach, CA 92660
Tel: (949) 955-4994

Rana S. Ziaee (Bar No. 226238)
rsz@zlplc.com
**ZIAEE LAW**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Tel: (949) 544-1260
Fax: (949) 544-1269

Attorneys for Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE STANO, BENNY SHU, MARIO GUERRERO, MARY CARMONA (ROUSSE), individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>IPC INTERNATIONAL CORPORATION, WHICH WILL DO BUSINESS IN CALIFORNIA AS ILLINOIS PROTECTION CORPORATION, a California corporation; IPC INTERNATIONAL CORPORATION, an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: SACV12-00088 DOC (RNBx)<br><br>**PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  November 5, 2012<br>Time:  8:30 a.m.<br>Courtroom:  9D<br>Judge:  David O. Carter. |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EVIDENCE**

| DEFENDANT'S EVIDENCE | PLAINTIFFS' OBJECTIONS |
|---|---|
| 1. Freedman Decl., Doc. 41, ¶ 4: "Thereafter, primarily due to various issues concerning Plaintiffs, the deposition were scheduled and re-scheduled multiple times." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 2. Freedman Decl., Doc. 41, ¶ 8.  "At the deposition, I asked Ms. Kani about the dates of the deposition set, at which time she informed me that July 25, 2012 would not work, but the other dates "should be fine." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802). |
| 3. Freedman Decl., Doc. 41 ¶ 8.  "No dates were solidly confirmed." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802). |
| 4. Freedman Decl., Doc. 41, ¶ 12: "On July 12, 1012 I responded to Ms. Kani's July 9, 2012 email explaining that, because she had told me July 25, 2012 was the one date that would not work, I had gone forward and scheduled another deposition on that date and was no longer available." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802). |
| 5. Freedman Decl., Doc. 41, ¶13: "Plaintiffs thereafter unilaterally noticed the IPC witnesses' depositions for dates | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence |

| | | |
|---|---|---|
| 1<br>2 | in August 2012 which directly conflicted with my scheduled trial." | Rule (Fed. R. Evid. 1004). |
| 3<br>4<br>5<br>6 | 6. Freedman Decl., Doc. 41, ¶14: "On August 15, 2012, due to my trial trailing and availability, I offered to make Ms. Machado available on August 21st." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 7<br>8<br>9<br>10<br>11 | 7. Freedman Decl., Doc. 41, ¶14: "I also informed Plaintiffs' counsel that we could proceed with the other deposition dates they unilaterally set on August 29th and August 30th." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 12<br>13<br>14<br>15 | 8. Freedman Decl., Doc. 41, ¶14: "Ms. Kani responded by email on August 16, 2012, confirming Ms. Machado's deposition for August 21st." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | 9. Freedman, Doc. 41, ¶14: "I heard further from counsel until August 20th, when Ms. Zaiee [*sic*] informed me that they did not intend to proceed with Ms. Machado's deposition, or the other depositions on August 29 and 30, unless they were in the order originally noticed, with Joe Zderadicka's deposition first." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 25<br>26<br>27<br>28 | 10. Freedman Decl., Doc. 41, ¶14: "Attached hereto as Exhibit SF-9 are true and correct copies of referenced email correspondence." | Incomplete documents attached. Remainder of or related writings or recorded statements should be attached. (FRE 106). |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | 11. Dacre Decl., Doc. 40, ¶3: "The one and only substantive meet and confer letter Plaintiffs' counsel ever sent to Defendant on the issues pertaining to Plaintiffs' question for class member contact information is the May 11, 2012 letter submitted with Plaintiffs' counsel's declaration." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | 12. Dacre Decl., Doc. 40, ¶13: "Subsequent to that production, Plaintiffs' counsel served deposition notices for IPC employees in which they included document requests substantially similar or identical to those previously propounded and responded to, including document requests seeking putative class contact information that was the subject of a discovery dispute which had been ordered to a special master." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004). |
| 20<br>21<br>22<br>23<br>24<br>25<br>26 | 13. Dacre Decl., Doc. 40, ¶13: "No new document requests were propounded as suggested by Plaintiffs' counsel [*sic*] representation that they 'moved forward with serving and responding to formal discovery requests and deposition notices…'" [Citation omitted]." | Lacks foundation; Lacks Personal Knowledge (Fed. R. Evid. 602); Hearsay (Fed. R. Evid. 802); Secondary Evidence Rule (Fed. R. Evid. 1004); Contradicts prior statements in Dacre Decl., Doc. 40, ¶13 describing document requests. |

27
28

| | | |
|---|---|---|
| 1 | DATED: October 22, 2012 | By: _____ |
| 2 | | **KANI LAW GROUP** |
| 3 | | Nina Kani (Bar No. 221652) |
| 4 | | 895 Newport Center Drive, Suite 300 |
| | | Newport Beach, CA 92660 |

**ZIAEE LAW**
 Rana S. Ziaee (Bar No. 226238)
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660

Attorneys for Plaintiffs and Putative Class