UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.   SACV 12-0088-DOC(RNBx) | | Date   November 5, 2012 |
| Title   LESLIE STANO, ET AL. -V- IPC INTERNATIONAL CORPORATION, ETC., ET AL. | | |

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nina Kani | Catherine M. Dacre |
| | Scott Freedman |

Proceedings:   DEFENDANT IPC INTERNATIONAL CORPORATION'S MOTION TO DENY CLASS CERTIFICATION [29] [30]

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [32]

     The case is called and counsel make their appearances.  The Court and Counsel confer.  The Court hears argument and the matters are taken under submission.

| | 1 | : | 26 |
|---|---|---|---|
| Initials of Clerk | jcb | | |